```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                          COUNSEL/PARTIES OF RECORD

                          JAN 1 4 2011

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
               BY:                      DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

MARILYN ELLIS, )
 )
    Plaintiff, ) 2:10-cv-1227-RCJ-RJJ
 )
vs. )
 ) ORDER OF DISMISSAL WITHOUT
CHASE HOME FINANCE LLC, et al., ) PREJUDICE PURSUANT TO RULE 4(m)
 ) FEDERAL RULES OF CIVIL
 ) PROCEDURE
    Defendants. )
 )

Plaintiff Marilyn Ellis ("Plaintiff") having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is dismissed without prejudice as to: Defendants President/CEO Stephen Rotella, Debra Brignac and R.K. Arnold.

DATED this __13th__ day of __January, 2011.__

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE